1  DANIEL G. BOGDEN
   United States Attorney
2  BRIAN L. SULLIVAN
   Assistant United States Attorney
3  State Bar of Nevada No. 790
   100 West Liberty St., Suite 600
4  Reno, Nevada 89501
   Tel: (775) 784-5438
5  Fax: (775) 784-5181

SEALED

FILED ____    RECEIVED ____
ENTERED ____    SERVED ON ____
COUNSEL/PARTIES OF RECORD

JAN 18 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

6  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,          )
                                    )       3:12-CR-0010-RCJ-VPC
              Plaintiff,            )
                                    )
       v.                           )
                                    )   INDICTMENT FOR VIOLATION OF:
EDWIN EARL GREEN, JR.,              )   TITLE 18, UNITED STATES CODE,
                                    )   SECTIONS 922(g)(1) and 924(a)(2) -
              Defendant.            )   Felon in Possession of a Firearm

THE GRAND JURY CHARGES THAT:

On or about November 17, 2011, in the District of Nevada, EDWIN EARL GREEN, JR., defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, Corporal Injury to Spouse/Cohabitant/Child, in violation of Section 273.5(a) of the California Penal Code, in the Superior Court of the State of California, County of Butte, case number CM-8591, on or about December 23, 1997, did knowingly possess in and affecting interstate and foreign commerce the firearms and ammunition specified below in the Forfeiture Allegation, which the Grand Jury refers to and incorporates herein by reference; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE ALLEGATION

As a result of the foregoing offense and upon conviction of that offense, the defendant shall forfeit to the United States all firearms and ammunition involved in that offense, including, but not limited to the following:

1.     Kimber Pistol, Model Custom TLE II, .45 caliber, serial number K106214.

1

2. Sharps rifle, Model 15, 5.56mm caliber, serial number 0004618.

3. Sharps rifle, Model 15, 5.56mm caliber, serial number 0004616, with Simmons scope.

4. DPMS Panther Arms rifle, Model A-15, .223 caliber, serial number F074644K.

5. DPMS Panther Arms rifle, Model LR-308, .308 caliber, serial number 26895.

6. Remington shotgun, Model 870, 12 gauge, serial number D468313M.

7. Glenfield rifle, Model 60, .22LR caliber, serial number 19521180.

8. Ruger pistol, Model P89, 9mm caliber, serial number 315-51686, with 3 magazines.

9. Ruger rifle, Model carbine, 9mm caliber, serial number 470-10923, with 6 magazines.

10. Rock River Arms rifle, Model LAR-15, 5.56mm caliber, serial number CM147433.

11. FNAR rifle, Model FN, 7.62 x 51mm caliber, serial number 319MP05075, with Osprey scope and 5 magazines.

12. GSG rifle, Model 5, .22LR caliber, serial number A275612.

13. Ultracell shotgun, Model X12, 12 gauge, serial number 0305668, with 5 shotgun shells.

14. AMT pistol, Model Hardballer, .45 caliber, serial number 42244.

15. H & R 6 shot revolver pistol, .32 caliber, serial number 41381, with ammunition.

16. Smith & Wesson pistol, Model SW40V, .40 caliber, serial number PAY1340.

17. 350 rounds of Double Tap Ammunition, 9mm Luger caliber.

18. 400 rounds of Fiocchi ammunition, 9mm Luger caliber.

19. 450 rounds of Fiocchi ammunition, .45 ACP caliber.

20. 1,950 rounds of FNH ammunition, 5.7x28mm caliber.

21. 250 rounds of Ultramax ammunition, .40 S&W caliber.

22. 500 rounds of Black Hills ammunition, .40 S&W caliber.

23. 950 rounds of Black Hills ammunition, 9mm caliber.

24. 25 rounds of Remington, 12 gauge, buckshot shotgun shells.

25. 50 rounds of Remington ammunition, .32 auto caliber.

26. 25 rounds of Winchester, 12 gauge, buckshot shotgun shells.

27. 225 rounds of Olin Corp., 12 gauge, buckshot shotgun shells.

28. 800 rounds of Magtech ammunition, .308 caliber.

29. 6,000 rounds of Aguila ammunition, .22LR caliber.

30. 1,000 rounds of Lake City ammunition, .223 caliber.

31. 2,000 rounds of Prvi Partizan ammunition, 5.56mm caliber.

32. 250 rounds of Wolf, 12 gauge, slug shotgun shells.

33. 1,000 rounds of Dynamit Nobel AG ammunition, 7.62 x 51 mm caliber;

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(d); and pursuant to Title 28, United States Code, Section 2461(c).

A TRUE BILL:

/S/
FOREPERSON

DANIEL G. BOGDEN
United States Attorney

*Brian L. Sullivan* (signature)
BRIAN L. SULLIVAN
Assistant United States Attorney