## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 3:12-CR-010-RCJ-(VPC) |
| EDWIN EARL GREEN, JR., | ) ) | |
| Defendant. | ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on October 16, 2013, defendant EDWIN EARL GREEN, JR., pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Indictment, ECF No. 1; Change of Plea, ECF No. 29; Plea Memorandum, ECF No. 30.

This Court finds defendant EDWIN EARL GREEN, JR., agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Indictment, ECF No. 1; Change of Plea, ECF No. 29; Plea Memorandum, ECF No. 30.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant EDWIN EARL GREEN, JR., pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. Kimber Pistol, Model Custom TLE II, .45 caliber, serial number K106214;
2. Sharps rifle, Model 15, 5.56mm caliber, serial number 0004618;
3. Sharps rifle, Model 15, 5.56mm caliber, serial number 0004616, with Simmons scope;
4. DPMS Panther Arms rifle, Model A-15, .223 caliber, serial number F074644K;
5. DPMS Panther Arms rifle, Model LR-308, .308 caliber, serial number 26895;
6. Remington shotgun, Model 870, 12 gauge, serial number D468313M;
7. Glenfield rifle, Model 60, .22LR caliber, serial number 19521180;
8. Ruger pistol, Model P89, 9mm caliber, serial number 315-51686, with 3 magazines;
9. Ruger rifle, Model carbine, 9mm caliber, serial number 470-10923, with 6 magazines;
10. Rock River Arms rifle, Model LAR-15, 5.56mm caliber, serial number CM147433;
11. FNAR rifle, Model FN, 7.62 x 51mm caliber, serial number 319MP05075, with Osprey scope and 5 magazines;
12. GSG rifle, Model 5, .22LR caliber, serial number A275612;
13. Ultracell shotgun, Model Xl2, 12 gauge, serial number 0305668, with 5 shotgun shells;
14. AMT pistol, Model Hardballer, .45 caliber, serial number 42244;
15. H & R 6 shot revolver pistol, .32 caliber, serial number 41381, with ammunition;
16. Smith & Wesson pistol, Model SW40V, .40 caliber, serial number PAY1340;
17. 350 rounds of Double Tap Ammunition, 9mm Luger caliber;
18. 400 rounds of Fiocchi ammunition, 9mm Luger caliber;
19. 450 rounds of Fiocchi ammunition, .45 ACP caliber;
20. 1,950 rounds of FNH ammunition, 5.7x28mm caliber;
21. 250 rounds of Ultramax ammunition, .40 S&W caliber;
22. 500 rounds of Black Hills ammunition, .40 S&W caliber;

23. 950 rounds of Black Hills ammunition, 9mm caliber;

24. 25 rounds of Remington, 12 gauge, buckshot shotgun shells;

25. 50 rounds of Remington ammunition, .32 auto caliber;

26. 25 rounds of Winchester, 12 gauge, buckshot shotgun shells;

27. 225 rounds of Olin Corp., 12 gauge, buckshot shotgun shells;

28. 800 rounds of Magtech ammunition, .308 caliber;

29. 6,000 rounds of Aguila ammunition, .22LR caliber;

30. 1,000 rounds of Lake City ammunition, .223 caliber;

31. 2,000 rounds of Prvi Partizan ammunition, 5.56mm caliber;

32. 250 rounds of Wolf, 12 gauge, slug shotgun shells; and

33. 1,000 rounds of Dynamit Nobel AG ammunition, 7.62 x 51mm caliber ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of EDWIN EARL GREEN, JR., in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501.

   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Greg Addington
> Assistant United States Attorney
> 100 West Liberty Street, Suite 600
> Reno, NV 89501

   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

Dated this 22nd day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

4