```
┌─────────────────────────────────┐
│ ✓ FILED          ___ RECEIVED   │
│ ___ ENTERED      ___ SERVED ON   │
│        COUNSEL/PARTIES OF RECORD │
│   ┌──────────────────────┐       │
│   │    MAY 1 0 2019       │       │
│   └──────────────────────┘       │
│     CLERK US DISTRICT COURT      │
│      DISTRICT OF NEVADA          │
│ BY: _____ DEPUTY      │
└─────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

### for the

District of __NEVADA__

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    3:12-CR-0010-RCJ-VPC |
| | ) | |
| __EDWIN EARL GREEN__ | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse and Federal Building 400 S. Virginia Street Reno, Nevada 89501 Honorable Carla Baldwin Carry, U.S. Magistrate Judge | Courtroom No.: | 1 ~ 4ᵗʰ Floor |
|---|---|---|---|
| | | Date and Time: | **May 14, 2019 at 3:00 PM** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    May 10, 2019

                             *Judge's signature*

           Carla Baldwin Carry, United States Magistrate Judge

                          *Printed name and title*