LOREN GRAHAM, ESQ.
Nevada State Bar No. 673
PO Box 6329
Stateline, NV 89449
Telephone: 775-588-5138
Email: grahamcole@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO: 3:12-cr-00010-RCJ-VPC |
| vs. | SENTENCING MEMORANDUM |
| EDWIN EARL GREEN, JR., | |
| Defendant. | |

COMES NOW Defendant EDWIN EARL GREEN, JR., by and through his attorney, Loren Graham, and submits the following Sentencing Memorandum for the Court's consideration. The sentencing hearing is currently set for June 11, 2019 at 1:45 p.m.

On December 9, 2018, MR. GREEN was arrested by the Washoe County Sheriff's Office and charged with domestic violence. MR. GREEN had been under supervision since February 4, 2016. His 36-month supervised release was due to expire on February 3, 2019, less than two months after his arrest. During his supervision, he had been in compliance and had been in compliance with all special conditions including community service and mental health treatment. He had been employed until he became injured on the job.

During his supervised release, he married Jennifer Terhune on November 17, 2017. Attached is a letter which MR. GREEN's wife provided to the state court for his sentencing there (see Exhibit 1). Together, they have a 10-month-old son, Jamison.

The record before the Court verifies the struggles MR. GREEN has had dealing with PTSD after serving in the United States Army. He was stationed in Saudi Arabia and Iraq during the First Gulf War.

On May 10, 2019, MR. GREEN was sentenced in his state court case to a term of imprisonment in the Nevada Department of Corrections for 19-48 months. That sentence was suspended. He was placed on probation for a period not to exceed five years with regular general conditions and special conditions that include participation in mental health counseling, participation in alcohol treatment and counseling, abstaining from the use or possession of any controlled substances, abstaining from the use or possession of any alcoholic beverages, and search and seizure.

In order to comply with the terms of his state probation, MR. GREEN is to have a mental health evaluation and a substance abuse evaluation. MR. GREEN would like to begin serving his probation with the State of Nevada as soon as possible. To do this, he obviously has to get his evaluations completed.

At this time, MR. GREEN has been incarcerated for six months and three days. He will be under the supervision of the Nevada Division of Parole and Probation for a period not to exceed five years. He has an employment opportunity with a fellow veteran installing $CO_2$ systems in restaurants for a company that is just opening a Reno office.

It is respectfully requested that the Court sentence MR. GREEN to time served, six months and three days, with no further federal supervision.

DATED: June 10, 2019

Respectfully submitted,

/s/ Loren Graham
LOREN GRAHAM, #673
PO Box 6329
Stateline, NV 89449
775-588-5138
Attorney for Defendant,
EDWIN EARL GREEN, JR.

## CERTIFICATE OF SERVICE

I certify that I am an employee of LOREN GRAHAM and that on this day I caused a true and correct copy of the foregoing document described as:

SENTENCING MEMORANDUM

to be served on all parties as follows:

[X]   **VIA EMAIL** where specified below.

[X]   **VIA U.S. MAIL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as indicated below, in the United states mail at Stateline, Nevada.

[ ]   **VIA FACSIMILE** by causing a true copy thereof to be telecopied to the number indicated below.

[ ]   **VIA PERSONAL DELIVERY** by causing a true copy thereof to be hand delivered on this date to the addressee(s) at the address(es) set forth below.

Addressed to:

SUE FAHAMI, ESQ.
Assistant US Attorney
United States Attorney's Office
400 S. Virginia St., 9th Floor
Reno, NV 89501
sue.p.fahami@usdoj.gov

MICHELLE WOLFE
United States Probation Officer
District of Nevada
400 S. Virginia Street, #103
Reno, NV 89501
michelle_wolfe@nvp.uscourts.gov

DATED: June 10, 2019

_____
MARGRET PASCUS